AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

PATRICK FUNDERBURK,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:07-CV-00560-BES-VPC**

JOHN PEARCE, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that because plaintiff's complaint fails to state a claim and cannot be cured by amendment, the action is **DISMISSED with prejudice in its entirely**.

  February 20, 2008                                **LANCE S. WILSON**
                                                                               Clerk

                                                                         /s/ Daniel R. Morgan
                                                                           Deputy Clerk